[No. 24897–9–I.   Division One.   December 13, 1990.]

JARED WILLIAMS, ET AL, *Appellants,* v. HAWAII PREPARATORY ACADEMY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–09550–5, Jim Bates, J., entered November 22, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Webster, JJ.

[No. 24110–9–I.   Division One.   December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDRA BETH GROVES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02856–9, Liem E. Tuai, J., entered April 21, 1989. *Vacated* and *dismissed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Winsor, JJ.

[No. 24757–3–I.   Division One.   December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAUN M. DICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–1–00188–2, Paul D. Hansen, J., entered August 25, 1989. *Affirmed* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Grosse, A.C.J., and Scholfield, J.

[No. 22955–9–I.   Division One.   December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SULAIMANI KIWANUKA MISANGO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00006–7, Terrence A. Carroll, J., entered June 7, 1988. *Remanded* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.